No. 334. MIZNER *v.* MIZNER. Sup. Ct. Nev. Certiorari denied. *Richard C. Minor* for petitioner. ▮

No. 340. BREELAND *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *G. Wray Gill, Sr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 342. HENRY, REFORMATORY SUPERINTENDENT *v.* COTNER. C. A. 7th Cir. Certiorari denied. *John J. Dillon,* Attorney General of Indiana, *Douglas B. McFadden,* Assistant Attorney General, and *Rex P. Killian,* Deputy Attorney General, for petitioner. *William C. Erbecker* for respondent. ▮

No. 345. GRAY ET AL. *v.* DEPARTMENT OF HIGHWAYS OF LOUISIANA ET AL. Sup. Ct. La. Certiorari denied. *Thomas C. Hall* for petitioners. ▮

No. 346. MACDOUGALL, CORRECTIONS DIRECTOR, ET AL. *v.* BAILEY. C. A. 4th Cir. Certiorari denied. *Daniel R. McLeod,* Attorney General of South Carolina, and *Edward B. Latimer,* Assistant Attorney General, for petitioners. ▮

No. 354. HANSEN, DBA H. J. HANSEN & Co. *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. D. C. Cir. Certiorari denied. *Mark P. Friedlander, Mark P. Friedlander, Jr.,* and *Blaine P. Friedlander* for petitioner. *Solicitor General Griswold, Philip A. Loomis, Jr., David Ferber,* and *Donald M. Feuerstein* for respondent. ▮